**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA03-133S** **DATE: June 1, 2005**

**TITLE: STEPHEN CHRABASZCZ, JR. V. SCHOOL COMMITTEE OF JOHNSTON**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Jeff Sowa, Esq.
Kathleen Daniels, Esq.

**PROCEEDINGS:**

Plaintiffs' Motions to Overrule Objections and Compel Production of Documents - #34 & #35

Attorneys argue.

**RULING:**

**Motions Denied Without Prejudice**
**Deft to produce privilege log within 1 week**
**Orders to follow**