**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Stephen F. Chrabaszcz, Jr., et al | : | |
| vs. | : | C.A. No. 03-133S |
| Johnston School Committee, both Individually and as Committee Members, et al | : | |

**PLAINTIFFS' MOTION TO OVERRULE OBJECTIONS AND COMPEL PRODUCTION OF DOCUMENTS**

Pursuant to Fed. R. Civ. P. 37, Plaintiffs hereby move for an order overruling objections and compelling Defendant, Michael Jolin, to respond completely to the Plaintiffs' Request for Production of Documents propounded on September 28, 2004 within twenty (20) days of the date this Motion is granted. As grounds therefore, Plaintiffs rely on the Memorandum attached hereto.

6/1/05: DENIED WITHOUT PREJUDICE. DEFENDANT SHALL PROVIDE PLAINTIFFS WITH A RULE 26(b)(5) LOG WITHIN 7 DAYS. USMJ

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐
William E. Smith, U.S. District Judge
Date: 5/12/05

Plaintiffs,
By their Attorneys,

LaPlante & Sowa, Ltd.

Jeffrey D. Sowa, #5764
67 Cedar St., Suite 102
Providence, RI 02903
Tel: (401) 273-0200
Fax: (401) 273-0250

**CERTIFICATION**

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
Providence, RI 02906

I hereby certify that on this 28th day of April 2005, I caused a true copy of the within *Plaintiffs' Motion to Overrule Objections and Compel Production of Documents* to be sent by first class mail, postage prepaid to the above-listed attorney.

Michele P. Kalowski

35