**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Stephen F. Chrabaszcz, Jr., et al

v. C.A. No. 03-133 S

Johnston School Committee, both
Individually and as Committee Members, et al.

DEFENDANTS' MOTION TO EXTEND TRIAL DATE

NOW COME Defendants and hereby move to extend the trial date in the above captioned matter. In support thereof, defendants rely upon the Memorandum, attached and incorporated herein and specifically state that defendants have filed a timely Motion for Summary Judgment.

WHEREFORE, defendants respectfully seek an Order of this Court extending the trial date until such time as this Court has heard and addressed the pending Motion for Summary Judgment.

Defendants,
By their Attorneys,

Marc DeSisto, Esq. (#2757)
Kathleen M. Daniels, Esq. (#4766)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 13th day of July, 2005, to the following:

Jeffrey D. Sowa, Esq. (#5764)
67 Cedar Street, Suite 102
Providence, RI 02903

Laura Sorge

**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Stephen F. Chrabaszcz, Jr., et al

v. C.A. No. 03-133 S

Johnston School Committee, both
Individually and as Committee Members, et al.

DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION
TO EXTEND TRIAL DATE

Defendants have moved to extend the trial date in the above captioned matter until such time as this Court as addressed defendants' Motion for Summary Judgment. Defendants submit that in accordance with this Court's Pretrial Order and after consultation with the Court, defendants on this date have filed a timely Motion for Summary Judgment seeking dismissal of all counts. Defendants submit that extension of the trial date is in the best interest of the Court and the parties until such time as the Motion for Summary Judgment is heard by this Court.

Accordingly, defendants respectfully seek an Order of this Court extending the trial date until such time as this Court has heard and addressed the pending Motion for Summary Judgment.

Defendants,
By their Attorneys,

Marc DeSisto, Esq. (#2757)
Kathleen M. Daniels, Esq. (#4766)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 13th day of July, 2005, to the following:

Jeffrey D. Sowa, Esq. (#5764)
67 Cedar Street, Suite 102
Providence, RI 02903