**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
JUL 13 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Stephen F. Chrabaszcz, Jr., et al

v. C.A. No. 03-133 S

Johnston School Committee, both
Individually and as Committee Members,
Et al.

DEFENDANTS' MOTION TO EXCEED EXHIBIT PAGE LIMIT

Now come defendants and hereby move this Court for an Order granting an extension of the page limit allowed for exhibits in support of a Motion for Summary Judgment. In support thereof, defendants submit that they wish to attach five (5) exhibits in support of their Motion for Summary Judgment. Most of the exhibits are one page letters. However, two(2) of these exhibits (Employment Agreement and School Committee Minutes) each individually exceed the ten (10) page limit. Consequently, although there are only five (5) exhibits, the number of pages actually attached as Exhibits will exceed the ten (10) page limit outlined in this Court's Pretrial Order and General Order 2002-01. Defendants submit, however, that the documents are necessary and will assist the Court in resolving the Motions for summary judgment.

Accordingly, defendants respectfully request an Order granting an extension of the page limit allowed for the exhibits to 25.

GRANTED
William E. Smith
U.S. District Judge
7/1/05

Defendants,
By their attorney

Marc DeSisto, Esq. #2757
DeSisto Law Offices
211 Angell Street
Providence, RI 02906
(401) 272-4442
Fax: (401) 272-9937

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 13th day of July, 2005, to the following:

Jeffrey D. Sowa, Esq. (#5764)
67 Cedar Street, Suite 102
Providence, RI 02903