**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STEPHEN F. CHRABASZCZ, JR., et al, :
Plaintiffs, :
:
v. : CA 03-133S
:
THE SCHOOL COMMITTEE OF THE :
TOWN OF JOHNSTON, et al, :
Defendants. :

FILED
JUL 25 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## MOTION FOR EXTENSION

Now come the Plaintiffs in the above-captioned matter, and with the permission of Defendants, hereby request a twenty (20) day extension within which to respond to Defendants' Motion for Summary Judgment dated July 13, 2002.

In support of the instant Motion, Plaintiffs assert that deposition testimony from Plaintiffs Stephen and Barbara Chrabaszcz must necessarily be incorporated into such Motion and Plaintiffs need to be afforded an opportunity to review their respective recent deposition transcripts (as well as the voluminous transcripts and documentation from Plaintiffs' claim before the Rhode Island Commissioner of Education) prior to finalizing Plaintiffs' response to Defendants' Motion for Summary Judgment.

Plaintiffs,
By its Attorneys,

Jeffrey D. Sowa, Esq. #5764
LaPlante & Sowa, Ltd.
67 Cedar Street, Suite 102
Providence, RI 02903
(401) 273-0200 (telephone)
(401) 273-0250 (facsimile)

GRANTED
William E. Smith
U.S. District Judge
7/25/05