**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STEPHEN F. CHRABASZCZ, JR., et al, Plaintiffs, | : | |
| v. | : | CA 03-133S |
| THE SCHOOL COMMITTEE OF THE TOWN OF JOHNSTON, et al, Defendants. | : | |

## MOTION FOR EXTENSION

Now come the Plaintiffs in the above-captioned matter and with the permission and consent of Defendants, hereby request a twenty (20) day extension within which to respond to Defendants' Motion for Summary Judgment dated July 13, 2002, thereby establishing a due date of August 31, 2005.

In support of the instant Motion, Plaintiffs assert that extensive prior testimony must necessarily be incorporated into Plaintiff's Response Brief and Plaintiffs need to be afforded an opportunity to review their respective deposition transcripts (as well as the voluminous transcripts and documentation from Plaintiffs' claim before the Rhode Island Commissioner of Education) prior to the same being adopted and the testimony contained therein incorporated into Plaintiff's response to Defendants' Motion for Summary Judgment. Plaintiff's counsel has spoken to counsel for Defendants and there is no objection.

Plaintiffs,
By their Attorneys,

Jeffrey D. Sowa, Esq. #5764
LaPlante & Sowa, Ltd.
67 Cedar Street, Suite 102
Providence, RI 02903
Tel: (401) 273-0200
Fax: (401) 273-0250

**CERTIFICATION**

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
Providence, RI 02906

I hereby certify that on this 10th day of August 2005, I caused a true copy of the within *Motion for Extension* to be sent by first class mail, postage prepaid to the above-listed attorney.

Michele P. Krakowski