**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STEPHEN F. CHRABASZCZ, JR., et al, :
Plaintiffs, :
:
v. : CA 03-133S
:
THE SCHOOL COMMITTEE OF THE :
TOWN OF JOHNSTON, et al, :
Defendants.

## MOTION FOR EXTENSION

Now come the Plaintiffs in the above-captioned matter and with the permission and consent of Defendants, hereby request a twenty (20) day extension within which to respond to Defendants' Motion for Summary Judgment dated July 13, 2002, thereby establishing a due date of August 31, 2005.

In support of the instant Motion, Plaintiffs assert that extensive prior testimony must necessarily be incorporated into Plaintiff's Response Brief and Plaintiffs need to be afforded an opportunity to review their respective deposition transcripts (as well as the voluminous transcripts and documentation from Plaintiffs' claim before the Rhode Island Commissioner of Education) prior to the same being adopted and the testimony contained therein incorporated into Plaintiff's response to Defendants' Motion for Summary Judgment. Plaintiff's counsel has spoken to counsel for Defendants and there is no objection.

GRANTED

William E. Smith
U.S. District Judge
8/11/05