**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Stephen F. Chrabaszcz, Jr., et al | : | |
| | : | |
| vs. | : | C.A. No. 03-133S |
| | : | |
| Johnston School Committee, both Individually and as Committee Members, et al | : | |

**PLAINTIFFS' OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Stephen F. Chrabaszcz, Jr., et al (hereinafter "Plaintiffs") hereby oppose the Motion for Summary Judgment of Johnston School Committee, both Individually and as Committte Members, et al (hereinafter "Defendants").

This Opposition is based upon the pleadings and papers on file, the exhibits and affidavits, the Memorandum of Law, and any further arguments or evidence as may be adduced hereafter at hearing or otherwise.

Plaintiff,
By his Attorneys,

Jeffrey D. Sowa, Esq. #5764
Christopher D. DiSano, Esq. #6788
LaPlante & Sowa, Ltd.
67 Cedar Street, Suite 102
Providence, RI 02903
(401) 273-0200 (telephone)
(401) 273-02500 (facsimile)

Marc DeSisto, Esq.
Kathleen M. Daniels, Esq.
DESISTO LAW
211 Angell Street
PO Box 2563
Providence, RI 02906

**CERTIFICATION**

I hereby certify that on this 2nd day of Sept, 2005, I sent via first class mail, postage prepaid, a copy of the within to the above-listed individuals.

M Krakowski
___________________________