AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF Rhode Island

Stephen F. Chrabaszcz, Jr., et. al.

v.

Johnston School Committee, et. al.

## APPEARANCE

CASE NUMBER: 03-133S

To the Clerk of this court and all parties of record: I, Christopher D. DiSano

Enter my appearance as counsel in this case for Stephen F. Chrabaszcz, Jr. et. al.

May 2nd, 2006
*Date*

[signature]
*Signature*

Christopher DiSano
*Print Name*

67 Cedar Street
*Address*

Providence RI 02903
*City* *State* *Zip Code*

(401) 273-0200
*Phone Number*