DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHEN F. CHRABASZCZ, JR., et. al. | : | |
| v. | : | C.A. No. 03-133 S |
| JOHNSTON SCHOOL COMMITTEE, et. al. | : | |

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF DEFENDANTS' CONSULTATION WITH THEIR LEGAL COUNSEL**

Now comes, Plaintiff Stephen F. Chrabaszcz, Jr.[1] ("Plaintiff") and hereby moves this Honorable Court, via the instant Motion in Limine, to preclude Defendants admission of any and all evidence regarding Defendants' consultations with counsel seeking legal advice related to his decision to place Plaintiff on administrative leave.

As grounds therefore, Plaintiff represents that the evidence is irrelevant, immaterial, and prejudicial and should be barred from admittance; and relies upon his Memorandum filed in support of the instant Motion.

[1] Plaintiff Stephen F. Chrabaszcz Jr.'s wife, Barbara Chrabaszcz, and his children, Stephen F. Chrabaszcz, III, Jessica Chrabaszcz and Adam Chrabaszcz, are also named Plaintiffs in this Action in connection with Count VI (Loss of Consortium). For the balance of this Pre-trial Memorandum, except where necessary to distinguish, Plaintiff Stephen F. Chrabaszcz will be referred to herein, singularly, as "Plaintiff."

Plaintiffs,
By Their Attorneys,

Jeffrey D. Sowa, Esq. #5764
Christopher D. DiSano, Esq. #6788
LaPlante & Sowa, Ltd.
67 Cedar Street, Suite 102
Providence, RI 02903
(401) 273-0200 (telephone)
(401) 273-02500 (facsimile)

**CERTIFICATION**

Marc DeSisto, Esquire.
Desisto Law
211 Angell Street
PO Box 2563
Providence, RI 02906

I hereby certify that on this 10th day of May, 2006, I sent email and first class mail, postage prepaid, a copy of the within document to the above-listed counsel.