AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

Stephen F. Chrabaszcz, Jr., et al v. Johnston School Committee, et al

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA03-133S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Jeffrey Sowa, Christopher DiSano, Esquire | Marc DeSisto, Esquire |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| May15, 2006 | Anne Clayton | Doreen L. Baldinelli |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Jury Trial Day 1 - May 15, 2006 |
| | | | | | |
| | | 5/15/2006 | | | Witness 1 - Stephen F. Chrabaszcz, Jr. |
| 1 | | | | F | Employment Agreement |
| 3 | | | | F | Correspondence dated April 12, 2000 |
| 5 | | | | F | Letter dated 5/1/2000 |
| 6 | | | | F | Letter dated 5/8/2000 |
| 8 | | | | F | Letter dated 6/6/2000 |
| 13 | | | ID - ent'd 5/15/06 | F - ent'd 5/17/2006 | Minutes dated 6/20/2000 |
| 10 | | | | F | Letter dated 6/28/2000 |
| 11 | | | ID - ent'd 5/15/06 | F - ent'd /15/2006 | Letter dated 6/30/2000 |
| 2 | | | ID - ent'd 5/15/06 | | Publication/Book |
| 18 | | | | F | Letter dated 5/31/2000 |
| 19 | | | | F | Letter dated 6/19/2000 |
| 20 | | | | F | Letter dated 6/22/2000 |
| 21 | | | | F | Letter dated 6/22/2000 |
| 22 | | | | F | Letter dated 6/11/2000 |
| 23 | | | | F | Letter dated 7/19/2000 |
| 24 | | | | F | Letter dated 7/20/2000 |
| 25 | | | | F | Letter dated 7/24/2000 |
| 26 | | | | F | Letter dated 7/25/2000 |
| 27 | | | | F | Letter dated 7/25/2000 |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Stephen F. Chrabaszcz, Jr., et al V. Johnston School Committee, et al CASE NUMBER: CA03-133S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 28 | | 5/15/2006 | | F | Letter dated 7/25/2000 |
| 29 | | | | F | Letter dated 8/8/2000 |
| 30 | | | | F | Letter dated 10/17/2000 |
| 31 | | | | F | Letter dated 10/26/2000 |
| 32 | | | | F | Letter dated 11/2000 |
| 33 | | | | F | Letter dated 11/8/2000 |
| 34 | | | | F | Letter dated 1/11/2001 |
| 35 | | | | F | Letter dated 2/9/2001 |
| 36 | | | | F | Letter dated 2/27/2001 |
| 37 | | | | F | Letter dated 2/27/2001 |
| 38 | | | | F | Letter dated 3/8/2001 |
| 39 | | | | F | Letter dated 3/2001 |
| 40 | | | | F | Letter dated 3/19/2001 |
| 41 | | | | F | Letter dated 7/17/2001 |
| 42 | | | | F | Letter dated 5/14/2001 |
| | | | | | W-2 Michael W. Jolin |
| 12 | | | | F | Letter dated 6/26/2000/Affidavit of Jeannine Bucci |
| | | | | | |
| | | | | | JURY TRIAL DAY 2 - 5/16/2006 |
| | | | | | |
| | | | | | W-3 David Santilli |
| | | | | | W-4 Manuel Vinhateiro |
| | | | | | W-5 Kathryn Crowley |
| | | | | | W-6 Arthur W. Wright, PH.D |
| | | | | | W-7 Louis Bitar |
| | | | | | W-8 Robert F. Bessette, D.O. |
| | | | | | W-9 Jessica Chrabaszcz |

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

Stephen F. Chrabaszcz, Jr., et al V. Johnston School Committee, et al

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA03-133S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Jeffrey Sowa, Christopher DiSano, Esquire | Marc DeSisto, Esquire |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| May 15, 2006 | Anne Clayton | Doreen L. Baldinelli |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | W-10 Steven Placella |
| | | | | | W-11 Stephen F. Chrabaszcz, III |
| | | | | | W-12 Barbara Chrabaszcz |
| | | | | | |
| 61 | | | ID - ent'd 5/16/2006 | F - ent'd Full on 5/17/2006 | Medical Records |
| 4 | | 5/16/2006 | | F | Letter dated 4/28/2000 |
| 9 | | | | F | Letter dated 6/23/2000 |
| 43 | | | | F | Letter dated 6/6/2001 |
| 44 | | | | F | Letter dated 6/14/2001 |
| 45 | | | | F | Letter dated 8/7/2001 |
| 46 | | | | F | Letter dated 7/24/2000 9/5/2000 |
| 47 | | | | F | Letter dated 7/16/2000 |
| 48 | | | | F | Letter dated 7/21/2000 |
| 49 | | | | F | Letter dated 8/2/2000 |
| 50 | | | | F | Letter dated 8/8/2000 |
| 51 | | | | F | Letter dated 11/1/2000 |
| 52 | | | | F | Letter dated 11/6/2000 |
| 53 | | | | F | Letter dated 11/28/2000 |
| 54 | | | | F | Letter dated 2/12/2001 3/22/2001 |
| 55 | | | | F | Letter dated 3/10/2001 |
| 56 | | | | F | Advertisement |
| 57 | | | | F | Advertisement |

include a notation as to the location of any exhibit not held with the case file or not available because of size.