UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STEPHEN F. CHRABASZCZ, JR., et al., Plaintiffs, vs. JOHNSTON SCHOOL COMMITTEE, Individually and as Committee Members, et al., Defendants. | C.A. No. 03-133S |

**JURY VERDICT FORM**

1. On Plaintiff's claim that the Defendants breached his employment agreement, how do you find?

For Plaintiff Yes

For Defendants ______________

If you find in favor of Plaintiff, in what amount? $ 116,518 Plus 100% Atty fees

2. On Plaintiff's claim that the Defendants defamed him, how do you find?

For Plaintiff Yes

For Defendants ______________

If you find in favor of Plaintiff, in what amount? $ 15,645

FILED IN
OPEN COURT
on 5/18/06
@ 1:38 p.m.

3. If you found in favor of the Plaintiff on the defamation claim, then proceed to the loss of consortium claims. If you found in favor of the Defendants on the defamation claim, then stop here, but do not forget to sign and date this form on page three.

4. On Barbara Chrabaszcz's claim for loss of consortium, how do you find?

For Barbara Chrabaszcz Yes

For Defendants ______________

If you find in favor of Barbara Chrabaszcz, in what amount?

$ 15,000

5. On Stephen Chrabaszcz III's claim for loss of consortium, how do you find?

For Stephen Chrabaszcz III Yes

For Defendants ______________

If you find in favor of Stephen Chrabaszcz III, in what amount?

$ 5,000

6. On Jessica Chrabaszcz's claim for loss of consortium, how do you find?

For Jessica Chrabaszcz Yes

For Defendants ______________

If you find in favor of Jessica Chrabaszcz, in what amount?

$ 5,000

7. On Adam Chrabaszcz's claim for loss of consortium, how do you find?

For Adam Chrabaszcz Yes

For Defendants ______________

If you find in favor of Adam Chrabaszcz, in what amount?

$ 5,000

Signature of Foreperson ______________

Date: 5/18/06