DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

STEPHEN F. CHRABASZCZ, JR., et. al. :
:
v. : C.A. No. 03-133S
:
JOHNSTON SCHOOL COMMITTEE, :
et. al. :

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR COMPLAINT**

Now come Plaintiffs Stephen Chrabaszcz, Jr., Barbara Chrabaszcz, Jessica Chrabaszcz, Stephen Chrabaszcz III and Adam Chrabaszcz (hereinafter "Plaintiffs") and hereby move to Amend their Complaint to add a claim, pursuant to Fed. R. Civ. P. 15, to add an additional count for Deprivation of Stephen F. Chrabaszcz's Right to Privacy, particularly, placing him in a false light in the community (R.I.G.L. § 9-1-28.1(a)(4)). As grounds therefore, Plaintiffs rely on the Memorandum attached hereto.

DENIED
FOR REASONS STATED IN OPEN COURT
ON 5-15-06.

WESmith
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 5/18/06

Plaintiffs,
By Their Attorneys,

Jeffrey D. Sowa, Esq. #5764
Christopher D. DiSano, Esq. #6788
LaPlante & Sowa, Ltd.
67 Cedar Street, Suite 102
Providence, RI 02903
(401) 273-0200 (telephone)
(401) 273-02500 (facsimile)