UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

STEPHEN F. CHRABASZCZ, JR, ET AL
Plaintiff

V. Case Number: C.A. NO. 03-133S

JOHNSTON SCHOOL COMMITTEE, ET AL
Defendant

**X Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**In accordance with the jury's verdict, Judgment shall enter in favor of the Plaintiffs against the Defendants, Town of Johnston and Michael Jolin as follows:**

**Stephen F. Chrabaszcz, Jr in the amount of $131,563.00;**
**Barbara Chrabaszcz in the amount of $15,000.00;**
**Stephen F. Chrabaszcz, III in the amount of $5,000.00;**
**Jessica Chrabaszcz in the amount of $5,000.00;**
**Adam Chrabaszcz in the amount of $5,000.00;**

**Judgment shall enter in favor of the defendants, The School Committee of the Town of Johnston, David J. Santilli, Robert LaFaziz, Geraldine Loffredo, Richard Delfino, Robin Carlone, Peter Voccio, Jr., and Patricia Pitocchi, in accordance with this Court's order granting these defendants' Motion for Judgment as a Matter of Law.**

May 22, 2006
Date

Clerk

(By) Deputy Clerk