**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STEPHEN F. CHRABASZCZ, JR., et. al. | : | |
| | : | |
| v. | : | C.A. No. 03-133S |
| | : | |
| JOHNSTON SCHOOL COMMITTEE, et. al. | : | |

**PLAINTIFFS' MOTION FOR AN AWARD OF COSTS**

Now come the Plaintiffs Stephen F. Chrabaszcz, Jr., Barbara Chrabaszcz, Jessica Chrabaszcz, Stephen Chrabaszcz, III, and Adam Chrabaszcz (hereinafter referred to as "Plaintiffs") in the above-captioned matter and, pursuant to Rule 54, hereby request an award for costs.

As grounds therefore, Plaintiffs rely on the "Bill of Costs," Memorandum and supporting documents attached thereto as exhibits.

Plaintiffs,
By Their Attorneys,

Jeffrey D. Sowa, Esq. #5764
Christopher D. DiSano, Esq. #6788
LaPlante & Sowa, Ltd.
67 Cedar Street, Suite 102
Providence, RI 02903
(401) 273-0200 (telephone)
(401) 273-02500 (facsimile)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STEPHEN F. CHRABASZCZ, JR., et. al. | : | |
| | : | |
| v. | : | C.A. No. 03-133S |
| | : | |
| JOHNSTON SCHOOL COMMITTEE, | : | |
| et. al. | : | |

**PLAINTIFFS' MOTION FOR AN AWARD OF COSTS**

Now come the Plaintiffs Stephen F. Chrabaszcz, Jr., Barbara Chrabaszcz, Jessica Chrabaszcz, Stephen Chrabaszcz, III, and Adam Chrabaszcz (hereinafter referred to as "Plaintiffs") in the above-captioned matter and, pursuant to Rule 54, hereby request an award for costs.

As grounds therefore, Plaintiffs rely on the "Bill of Costs," Memorandum and supporting documents attached thereto as exhibits.

Plaintiffs,
By Their Attorneys,

Jeffrey D. Sowa, Esq. #5764
Christopher D. DiSano, Esq. #6788
LaPlante & Sowa, Ltd.
67 Cedar Street, Suite 102
Providence, RI 02903
(401) 273-0200 (telephone)
(401) 273-02500 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHEN F. CHRABASZCZ, JR., et. al. | : | |
| | : | |
| v. | : | C.A. No. 03-133S |
| | : | |
| JOHNSTON SCHOOL COMMITTEE, et. al. | : | |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF COSTS**

Now come Plaintiffs, Stephen F. Chrabaszcz, Jr., Barbara Chrabaszcz, Jessica Chrabaszcz, Stephen Chrabaszcz, III, and Adam Chrabaszcz (hereinafter referred to as "Plaintiffs") in the above-captioned matter and, pursuant to Local Rule 54, hereby request an award for costs.

As grounds therefore, Plaintiffs state as follows:

1. Pursuant to United States District Court for the District of Rhode Island, Local Rule 54, Plaintiffs are entitled to the costs itemized on the "Bill of Costs" (attached hereto as **Exhibit 1**). United States v. Davis, 87 F.Supp.2d 82 (D.R.I. 2000); see also R.I. Gen. Laws § 9-22-5 (2006) (in civil actions a prevailing party may recover costs).

2. The amounts listed on the "Bill of Costs" are correct and are supported by the "Affidavit of Costs" (attached as **Exhibit 2**).

3. All services reflected in the "Bill of Costs" were actually performed in association with Plaintiffs' case.

4. All services reflected in the "Bill of Costs" were necessary to the presentation of Plaintiffs' case.

5. All disbursements in the "Bill of Costs" represent obligations actually incurred in association with the presentation of Plaintiffs' case.

WHEREFORE, Plaintiffs respectfully request this Honorable Court:

(1) Grant Plaintiffs' Motion for an Award of Costs; and

(2) Grant such other and further relief as this Court deems just and proper.

Respectfully Submitted,
Plaintiffs,
By Their Attorneys,

Jeffrey D. Sowa, Esq. #5764
Christopher D. DiSano, Esq. #6788
LaPlante & Sowa, Ltd.
67 Cedar Street, Suite 102
Providence, RI 02903
(401) 273-0200 (telephone)
(401) 273-02500 (facsimile)

## CERTIFICATION

Marc DeSisto, Esquire.
Desisto Law
211 Angell Street
PO Box 2563
Providence, RI 02906

I hereby certify that on this 1st day of June, 2006, I sent by first class mail, postage prepaid, a copy of the within document to the above-listed counsel.

**CERTIFICATION**

Marc DeSisto, Esquire.
Desisto Law
211 Angell Street
PO Box 2563
Providence, RI 02906

I hereby certify that on this 1st day of June, 2006, I sent by first class mail, postage prepaid, a copy of the within document to the above-listed counsel.