**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Stephen F. Chrabaszcz, Jr., et al

v. C.A. No. 03-133 S

Johnston School Committee, both
Individually and as Committee Members, et al.

**DEFENDANTS' THE SCHOOL COMMITTEE OF THE TOWN OF JOHNSTON, DAVID J. SANTILLI, ROBERT LAFAZIA, GERALDINE LOFFREDO, RICHARD DELFINO, ROBIN CARLONE, PETER VOCCIO, JR. AND PATRICIA PITOCCHI'S MOTION FOR COSTS PURSUANT TO RULE 54**

Now come the defendants, the School Committee of the Town of Johnston, David J. Santilli; Robert LaFazia; Geraldine Loffredo; Richard Delfino; Robin Carlone; Peter Voccio, Jr.; and Patricia Pitocchi and as the prevailing parties hereby move for the award of costs pursuant to R.C.P. 54. In support thereof defendants rely upon the attached Memorandum of Law, Bill of Costs and supporting affidavit, attached and incorporated herein.

Defendants,
By their Attorney,

Marc DeSisto (KAO)

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 6th day of June, 2006, to the following:

Jeffrey D. Sowa, Esq. (#5764)
67 Cedar Street, Suite 102
Providence, RI 02903

**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Stephen F. Chrabaszcz, Jr., et al

v. C.A. No. 03-133 S

Johnston School Committee, both
Individually and as Committee Members, et al.

**DEFENDANTS' THE SCHOOL COMMITTEE OF THE TOWN OF JOHNSTON, DAVID J. SANTILLI, ROBERT LAFAZIA, GERALDINE LOFFREDO, RICHARD DELFINO, ROBIN CARLONE, PETER VOCCIO, JR. AND PATRICIA PITOCCHI'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR COSTS PURSUANT TO RULE 54**

Defendants, the School Committee of the Town of Johnston, David J. Santilli; Robert LaFazia; Geraldine Loffredo; Richard Delfino; Robin Carlone; Peter Voccio, Jr.; and Patricia Pitocchi hereby move for the award of costs pursuant to R.C.P. 54. In support thereof defendants state that they are the prevailing parties in all claims brought against them by the plaintiffs and thus they are entitled to recover costs in accordance with Rule 54 (d)(1). The Bill of Costs, attached and incorporated herein, itemize the costs incurred by these defendants in defense of the instant Complaint. Defendants also rely upon the Affidavit of Costs in support of the same. The costs outlined therein were actually incurred in association with defendants' defense of plaintiffs' Complaint and were necessary in defense of the claims.

WHEREFORE, defendants respectfully request this Honorable Court grant defendants' Motion for Costs and such other relief as it deems just and proper.

Defendants,
By their Attorney,

Marc DeSisto (kmd)

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 6th day of June, 2006, to the following:

Jeffrey D. Sowa, Esq. (#5764)
67 Cedar Street, Suite 102
Providence, RI 02903

Laura Sorg