**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Stephen F. Chrabaszcz, Jr., et al

v. C.A. No. 03-133 S

Johnston School Committee, both
Individually and as Committee Members, et al.

**AFFIDAVIT OF COSTS**

NOW COMES the undersigned, having been duly sworn, upon oath, deposes and says that the costs outlined in the Bill of Costs were incurred in connection with the above-captioned matter, all the amounts listed in the proposed Bill of Costs are correct, all services were actually performed and were necessary to movants' defense of the instant action, and all disbursements reflected in the bill of costs represent obligations actually incurred and necessary to the defense of the movant's case:

Kathleen M. Daniels

Kathleen M. Daniels, Esq. (#4766)

Subscribed and sworn before me at Providence County this 6th day of June, 2006

Notary Public Notary Public 5/2/09

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 6th day of June, 2006, to the following:

Jeffrey D. Sowa, Esq. (#5764)
67 Cedar Street, Suite 102
Providence, RI 02903

Laura Sorz