AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

Stephen F. Chrabaszcz, Jr., et al

V.

Johnston School Committee, et al

**BILL OF COSTS**

Case Number: 03-133S

Judgment having been entered in the above entitled action on 5/22/2006 (Date) against Plaintiffs, the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk | $- | |
| Fees for service of summons and subpoena | - | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | - | 1,169.94 |
| Fees and disbursements for printing | - | |
| Fees for witnesses (itemize on reverse side) | - | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | - | |
| Docket fees under 28 U.S.C. 1923 | - | |
| Costs as shown on Mandate of Court of Appeals | - | |
| Compensation of court-appointed experts | - | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | - | |
| Other costs (please itemize) | - | |
| TOTAL | $- | 1,169.94 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fe ned. A copy of this bill was mailed today with postage prepaid to: Jeffrey Sowa, Esq., 64 Cedar St, Suite 100, Providence RI 02903

Signature of Attorney: Kathleen M. Daniels

Name of Attorney: Kathleen M. Daniels, Esq. (#4766), DeSisto Law, Telephone (401) 272-4442

For: Defendants, Johnston School Committee, et al. Date: 6/6/2006

Costs are taxed in the amount of $1,169.94 and included in the judgment.

Clerk of Court

By: [signature] Deputy Clerk

6/7/06 Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**

"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

| | | | |
|---|---|---|---|
| | | **COURT REPORTER FEES** | |
| 3/24/04 | ACR | Depo-3/24/04-David Santilli | 153.30 |
| 4/26/04 | ACR | Depo-4/26/04-Michael Jolin | 180.05 |
| 10/7/04 | ACR | Depo-10/7/04-Robin Carlone | 101.15 |
| 7/10/05 | Patricia M. Aloisio | Depo-7/10/05-Barbara Chrabaszcz and Stephen Chrabaszcz | 389.00 |
| 8/1/05 | ACR | Depo-8/1/05-Diane Rodericks | 69.30 |
| 8/22/05 | ACR | Depo-8/22/05-Deborah Buffi | 49.48 |
| 8/22/05 | ACR | Depo-8/22/05-Robert J. Salisbury | 44.71 |
| 8/22/05 | ACR | Depo-8/22/05-Todd S. Manni | 36.35 |
| 8/31/05 | ACR | Depo-8/31/05-Manuel F. Vinhateiro, Jr. | 85.00 |
| 9/14/05 | ACR | Depo-9/14/05-Kathryn Crowley | 61.60 |
| | | **Total Court Reporter Fees** | 1169.94 |

Allied court reporters, inc.
115 Phenix Ave. RI 02920

401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 2390 | 03/24/2004 | 01-3475 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/10/2004 | PANNCI | 03-133ML |

**CASE CAPTION**

Chrabaszcz, Jr., et al vs Johnston School Committee

**TERMS**

Net 30 days

MARC DESISTO, ESQ.
DESISTO LAW OFFICES
211 ANGELL STREET
PROVIDENCE, RI 02903

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES MINI | | | |
| David Santilli | | | |
| EXHIBITS | 74 Pages @ | 1.95/Page | 144.30 |
| Delivery w/ Confirmation | 12 Pages @ | .25/Page | 3.00 |
| | | | 6.00 |
| | TOTAL DUE >>>> | | 153.30 |

TAX ID NO.: 05-0481673

(401) 272-4442

*Please detach bottom portion and return with payment.*

MARC DESISTO, ESQ.
DESISTO LAW OFFICES
211 ANGELL STREET
PROVIDENCE, RI 02903

Invoice No.: 2390
Date : 03/24/2004
**TOTAL DUE : 153.30**

Job No. : 01-3475
Case No. : 03-133ML
Chrabaszcz, Jr., et al vs Johnston

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

Allied court reporters, inc.
115 Phenix Ave, RI 02920
401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 3087 | 04/26/2004 | 01-4268 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/08/2004 | MAGNPA | 03-133ML |

**CASE CAPTION**

Chrabaszcz, Jr., et al vs Johnston School Committee

**TERMS**

Net 30 days

KATHLEEN M. DANIELS, ESQ.
DESISTO LAW OFFICES
211 ANGELL STREET
PROVIDENCE, RI 02903

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES MINI | | | |
| Michael Jolin | 89 Pages @ | 1.95/Page | 173.55 |
| EXHIBITS | 2 Pages @ | .25/Page | .50 |
| Delivery & Confirmation | | | 6.00 |
| | TOTAL DUE >>>> | | 180.05 |

TAX ID NO.: 05-0481673 (401) 272-4442

*Please detach bottom portion and return with payment.*

KATHLEEN M. DANIELS, ESQ.
DESISTO LAW OFFICES
211 ANGELL STREET
PROVIDENCE, RI 02903

Invoice No.: 3087
Date : 04/26/2004
**TOTAL DUE : 180.05**

Job No. : 01-4268
Case No. : 03-133ML
Chrabaszcz, Jr., et al vs Johnston S

Remit To: Allied Court Reporters, Inc.
115 Phenix Avenue
Cranston, RI 02920

Allied court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920
tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 6239 | 10/07/2004 | 01-7816 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/22/2004 | DALOJA | 03-133ML |

**CASE CAPTION**

Chrabaszcz, Jr., et al vs Johnston School Committee

**TERMS**

Net 30 days

KATHLEEN M. DANIELS, ESQ.
DESISTO LAW OFFICES
211 ANGELL STREET
PROVIDENCE, RI 02903

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES COPY+MINI | | | |
| Robin Carlone | 47 Pages @ | 1.95/Page | 91.65 |
| EXHIBITS | 14 Pages @ | .25/Page | 3.50 |
| C & S Pages Attached | | | n/c |
| Delivery & Confirmation | | | 6.00 |
| | **TOTAL DUE >>>>** | | **101.15** |

**TAX ID NO.:** 05-0481673 (401) 272-4442

*Please detach bottom portion and return with payment.*

KATHLEEN M. DANIELS, ESQ.
DESISTO LAW OFFICES
211 ANGELL STREET
PROVIDENCE, RI 02903

Invoice No.: 6239
Date : 10/07/2004
**TOTAL DUE : 101.15**

Job No. : 01-7816
Case No. : 03-133ML
Chrabaszcz, Jr., et al vs Johnston S

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

NCRA MEMBER

**Patricia M. Aloisio**
20 PINE TOP ROAD
BARRINGTON, RI 02806
TEL. 246-0520

THE TRUST
JUL 18 2005
RECEIVED

TO: Kathleen Powers Daniels, Esq.
DeSisto Law
211 Angell Street
Providence R I 02906

RE: STEPHEN CHRABASZCZ, JR, ET AL
VS. JOHNSTON SCHOOL COMMITTEE, ET AL
C.A. NO. 03-133s

July 10, 2005

SS #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

Recording and transcribing the despositions of Barbara Chrabaszcz and Stephen Chrabaszcz, taken on May 18, 2005, providing mini transcripts thereof, submitting the ORIGINALS for filing at time of trial:

Thank you

TOTAL $389.00

Brenda

3K #004

PAID
JUL 14 2005
By__________

Allied court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920
tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11701 | 08/01/2005 | 01-15785 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/26/2005 | REISNI | 03-133ML |

**CASE CAPTION**

Chrabaszcz vs Johnston School Committee

**TERMS**

Net 30 days

KATHLEEN M. DANIELS, ESQ.
DESISTO LAW OFFICES
211 ANGELL STREET
PROVIDENCE, RI 02903

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES MINI | | | |
| Diane Rodericks | 24 Pages @ | 1.95/Page | 46.80 |
| EXHIBITS | 64 Pages @ | .25/Page | 16.00 |
| E-Tran/ASCII E-Mailed | | | n/c |
| Delivery & Confirmation | | | 6.50 |
| | **TOTAL DUE >>>>** | | 69.30 |

**TAX ID NO.:** 05-0481673

(401) 272-4442 Fax (401) 272-9937

*Please detach bottom portion and return with payment.*

KATHLEEN M. DANIELS, ESQ.
DESISTO LAW OFFICES
211 ANGELL STREET
PROVIDENCE, RI 02903

Invoice No.: 11701
Date : 08/01/2005
**TOTAL DUE** : 69.30

Job No. : 01-15785
Case No. : 03-133ML
Chrabaszcz vs Johnston School Commit

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

Allied court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920
tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12076 | 08/22/2005 | 01-16492 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/01/2005 | PULEJU | 03-133ML |
| **CASE CAPTION** | | |
| Chrabaszcz vs Johnston School Committee | | |
| **TERMS** | | |
| Net 30 days | | |

KATHLEEN M. DANIELS, ESQ.
DESISTO LAW OFFICES
211 ANGELL STREET
PROVIDENCE, RI 02903

| | | |
|---|---|---|
| REPORTER SERVICE INCLUDES MINI | | |
| Deborah Buffi | 25 Pages @ 1.95/Page | 48.75 |
| E-Tran/ASCII E-Mailed | | n/c |
| | TOTAL DUE >>>> | 48.75 |

2 of 3 depos back to back.

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.73 | (=) NEW BALANCE | 49.48 |
|---|---|---|---|---|---|

TAX ID NO. : 05-0481673

(401) 272-4442 Fax (401) 272-9937

*Please detach bottom portion and return with payment.*

KATHLEEN M. DANIELS, ESQ.
DESISTO LAW OFFICES
211 ANGELL STREET
PROVIDENCE, RI 02903

Invoice No. : 12076
Date : 08/22/2005
**TOTAL DUE : 49.48**

Job No. : 01-16492
Case No. : 03-133ML
Chrabaszcz vs Johnston School Commit

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

10/27/2005 10:47 AM FROM: Fax Allied Court Reporters TO: 272-9937 PAGE: 006 OF 006

Allied court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920
tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12080 | 08/22/2005 | 01-16493 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/01/2005 | PULEJU | 03-133ML |
| **CASE CAPTION** | | |
| Chrabaszcz vs Johnston School Committee | | |
| **TERMS** | | |
| Net 30 days | | |

KATHLEEN M. DANIELS, ESQ.
DESISTO LAW OFFICES
211 ANGELL STREET
PROVIDENCE, RI 02903

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES MINI | | | |
| Robert J. Salisbury | 19 Pages @ | 1.95/Page | 37.05 |
| E-Tran/ASCII E-Mailed | | | n/c |
| Delivery & Confirmation | | | 7.00 |
| | TOTAL DUE >>>> | | 44.05 |

3 of 3 depos back to back.

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.66 | (=) NEW BALANCE | 44.71 |
|---|---|---|---|---|---|

TAX ID NO. : 05-0481673

(401) 272-4442 Fax (401) 272-9937

*Please detach bottom portion and return with payment.*

KATHLEEN M. DANIELS, ESQ.
DESISTO LAW OFFICES
211 ANGELL STREET
PROVIDENCE, RI 02903

Invoice No. : 12080
Date : 08/22/2005
**TOTAL DUE : 44.71**

Job No. : 01-16493
Case No. : 03-133ML
Chrabaszcz vs Johnston School Commit

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

Allied court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920
tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12074 | 08/22/2005 | 01-15802 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/01/2005 | PULEJU | 03-133ML |

**CASE CAPTION**

Chrabaszcz vs Johnston School Committee

**TERMS**

Net 30 days

KATHLEEN M. DANIELS, ESQ.
DESISTO LAW OFFICES
211 ANGELL STREET
PROVIDENCE, RI 02903

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES MINI<br>Todd S. Manni | 18 Pages @ | 1.95/Page | 35.10 |
| EXHIBITS | 5 Pages @ | .25/Page | 1.25 |
| E-Tran/ASCII E-Mailed | | | n/c |
| | TOTAL DUE >>>> | | 36.35 |

1 of 3 depos back to back.

TAX ID NO.: 05-0481673

(401) 272-4442 Fax (401) 272-9937

*Please detach bottom portion and return with payment.*

KATHLEEN M. DANIELS, ESQ.
DESISTO LAW OFFICES
211 ANGELL STREET
PROVIDENCE, RI 02903

Invoice No.: 12074
Date : 08/22/2005
TOTAL DUE : 36.35

Job No. : 01-15802
Case No. : 03-133ML
Chrabaszcz vs Johnston School Commit

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

Allied court reporters, inc.
—and—
VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920

Tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12348 | 08/31/2005 | 01-16355 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/24/2005 | MEENGE | 03-133ML |

CASE CAPTION

Chrabaszcz vs Johnston School Committee

TERMS

Net 30 days

KATHLEEN M. DANIELS, ESQ.
DESISTO LAW OFFICES
211 ANGELL STREET
PROVIDENCE, RI 02903

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES MINI | | | |
| Manuel F. Vinhateiro, Jr. | 40 Pages @ | 1.95/Page | 78.00 |
| E-Tran/ASCII E-Mailed | | | n/c |
| Delivery & Confirmation | | | 7.00 |
| | TOTAL DUE >>>> | | 85.00 |

TAX ID NO.: 05-0481673

(401) 272-4442 Fax (401) 272-9937

*Please detach bottom portion and return with payment.*

KATHLEEN M. DANIELS, ESQ.
DESISTO LAW OFFICES
211 ANGELL STREET
PROVIDENCE, RI 02903

Invoice No. : 12348
Date : 08/31/2005
**TOTAL DUE** : 85.00

Job No. : 01-16355
Case No. : 03-133ML
Chrabaszcz vs Johnston School Commit

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

**Allied** court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920

Tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12607 | 09/14/2005 | 01-16627 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/06/2005 | BRASSA | 03-133ML |

**CASE CAPTION**

Chrabaszcz vs Johnston School Committee

**TERMS**

Net 30 days

MARC DESISTO, ESQ.
DESISTO LAW OFFICES
211 ANGELL STREET
PROVIDENCE, RI 02903

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES MINI<br>Kathryn Crowley | 28 Pages @ | 1.95/Page | 54.60 |
| E-Tran/ASCII E-Mailed | | | n/c |
| Delivery & Confirmation | | | 7.00 |
| | **TOTAL DUE** | >>>> | 61.60 |

TAX ID NO. : 05-0481673

(401) 272-4442 Fax (401) 272-9937

*Please detach bottom portion and return with payment.*

MARC DESISTO, ESQ.
DESISTO LAW OFFICES
211 ANGELL STREET
PROVIDENCE, RI 02903

Invoice No.: 12607
Date : 09/14/2005
**TOTAL DUE** : 61.60

Job No. : 01-16627
Case No. : 03-133ML
Chrabaszcz vs Johnston School Commit

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**