**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STEPHEN F. CHRABASZCZ, JR., et. al. :
:
v. : C.A. No. 03-133S
:
JOHNSTON SCHOOL COMMITTEE, :
et. al. :

**PLAINTIFFS' AMENDED MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF COSTS**

Now come Plaintiffs, Stephen F. Chrabaszcz, Jr., Barbara Chrabaszcz, Jessica Chrabaszcz, Stephen Chrabaszcz, III, and Adam Chrabaszcz (hereinafter referred to as "Plaintiffs") in the above-captioned matter and, pursuant to Local Rule 54, hereby request an award for costs.

As grounds therefore, Plaintiffs state as follows:

Pursuant to United States District Court for the District of Rhode Island, Local Rule 54, Plaintiffs are entitled to the costs itemized on the "Bill of Costs." United States v. Davis, 87 F.Supp.2d 82 (D.R.I. 2000); see also R.I. Gen. Laws § 9-22-5 (2006) (in civil actions a prevailing party may recover costs).

The Complaint in this matter was filed in April, 2003, for which a filing fee in the amount of One Hundred Fifty and 00/100 ($150.00) Dollars was necessary. Service of the Summons and Complaint upon all Defendants was also necessary.

In order to establish Plaintiffs' claims, extensive discovery was conducted and testimony was taken of relevant witnesses, necessitating various constable, witness and court reporting fees, associated therewith. Deposition, Hearing, and Trial transcripts of various testimony of witnesses were also imperative for preparation purposes.

Requests for medical records in support of Plaintiffs' claims were also necessary, as well as the testimony of a medical expert, Dr. Robert Bessette, at trial. Additionally, an economic expert, Arthur Wright, Ph.D, was utilized to calculate and provide the necessary information related to the Plaintiffs' claims for lost wages, pension, etc., and provide and testify to a comprehensive analysis to that effect.

WHEREFORE, Plaintiffs respectfully request this Honorable Court:

(1) Grant Plaintiffs' Motion for an Award of Costs; and

(2) Grant such other and further relief as this Court deems just and proper.

Respectfully Submitted,
Plaintiffs,
By Their Attorneys,

Jeffrey D. Sowa, Esq. #5764
Christopher D. DiSano, Esq. #6788
LaPlante & Sowa, Ltd.
67 Cedar Street, Suite 102
Providence, RI 02903
(401) 273-0200 (telephone)
(401) 273-02500 (facsimile)

**CERTIFICATION**

Marc DeSisto, Esquire.
Desisto Law
211 Angell Street
PO Box 2563
Providence, RI 02906

I hereby certify that on this 7th day of June, 2006, I sent by first class mail, postage prepaid, a copy of the within document to the above-listed counsel.