**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STEPHEN F. CHRABASZCZ, JR., et. al. | : | |
| | : | |
| v. | : | C.A. No. 03-133S |
| | : | |
| JOHNSTON SCHOOL COMMITTEE, et. al. | : | |
| | : | |

**AMENDED**
**AFFIDAVIT OF COSTS**

Now comes the undersigned, Jeffrey D. Sowa, having been duly sworn, upon oath, deposes and says:

I, Jeffrey D. Sowa, under the pains and penalties of perjury, do and hereby depose and state as follows:

1. I am an attorney licensed to practice law in the State of Rhode Island, Board of Bar Overseers Number 5764. I am currently in good standing with all courts in which I have been licensed to practice, including the Rhode Island Supreme Court, United States District Court for the District of Rhode Island and the United States Court of Appeals for the First Circuit.

2. That I have been practicing law in the State of Rhode Island since 1997.

3. That I am a partner of the law firm of LaPlante & Sowa, Ltd.

4. The amounts listed in the Bill of Costs are correct.

5. All items and/or services reflected in the Bill of Costs were actually paid for and/or performed and were necessary to the presentation of the Plaintiffs' case.

6. All disbursements reflected in the Bill of Costs represent obligations actually incurred and necessary to the presentation of the Plaintiffs' case as described below:

> A. The Complaint in this matter was filed in April, 2003, for which a filing fee in the amount of One Hundred Fifty and 00/100 ($150.00) Dollars was necessary. Service of the Summons and Complaint upon all Defendants was also necessary.

B. In order to establish Plaintiffs' claims, extensive discovery was conducted and testimony was taken of relative witnesses, necessitating various constable, witness and court reporting fees, associated therewith. Deposition, Hearing, and Trial transcripts of various testimony of witnesses were also imperative for preparation purposes.

C. Requests for medical records in support of Plaintiffs' claims were necessary, as well as the testimony of a medical expert, Dr. Robert Bessette, at trial. Additionally, an economic expert, Arthur Wright, Ph.D, was utilized to calculate and provide the necessary information related to the Plaintiffs' claims for lost wages, pension, etc., and provide and testify to a comprehensive analysis to that effect.

Jeffrey D. Sowa, Esquire (#5764)

Sworn and subscribed to before me in Providence County on this 7th day of June, 2006.

Notary Public