AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

Stephen F. Chrabaszcz, Jr., et al District of

## BILL OF COSTS

V.

Case Number: 03-133S

Johnston School Committee, et al

Judgment having been entered in the above entitled action on 5/22/2006 (Date) against Defendants, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 285.00 |
| Fees for service of summons and subpoena | 1,152.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 4,063.30 |
| Fees and disbursements for printing | 475.00 |
| Fees for witnesses (itemize on reverse side) | 2,339.75 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 100.00 |
| Docket fees under 28 U.S.C. 1923 | 0.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs (please itemize) | 2,986.85 |
| TOTAL | $ 11,401.90 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Marc DeSisto, Esquire, DeSisto Law.

Signature of Attorney: [signature]

Name of Attorney: Jeffrey D. Sowa, Esquire, LaPlante & Sowa, Ltd. Telephone (401) 273-0200

For: Plaintiffs, Stephen F. Chrabaszcz, Jr., Barbara Chrabaszcz, et al (Name of Claiming Party) Date: 6/1/2006

Costs are taxed in the amount of $11,401.90 and included in the judgment.

Clerk of Court By: [signature] Deputy Clerk 6/7/06 Date

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME AND RESIDENCE | ATTENDANCE Days | ATTENDANCE Total Cost | SUBSISTENCE Days | SUBSISTENCE Total Cost | MILEAGE Miles | MILEAGE Total Cost | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| Patricia Pitocchi, 345 Cherry Hill Road, Johnston, RI 02919 | 2 | 22.00 | | | | | $22.00 |
| Cheryl Tutalo, John Deering Middle School, 2 Webster Knight Drive, West Warwick, RI | 1 | 11.00 | | | | | $11.00 |
| John Craig, Johnston High School, 345 Cherry Hill Road, Johnston, RI 02919 | 2 | 22.00 | | | | | $22.00 |
| Vito Scotti, Johnston Police Department, 1333 Plainfield Street, Johnston, RI 02919 | 1 | 11.00 | | | | | $11.00 |
| Kristy Provencial, 18 Mica Avenue, Cranston, RI | 1 | 11.00 | | | | | $11.00 |
| See attached list of additional witnesses . . . . . | | | | | | | $2,262.75 |
| | | | | | | TOTAL | $2,339.75 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**

"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Jean Bucci, 26 North Williams Street, Johnston, RI 02919 | 1 | 11.00 | | | | | $11.00 |
| Richard Delfino, Jr., 87 Simmonsville Avenue, Johnston, RI 02919 | 1 | 11.00 | | | | | $11.00 |
| James Hopkins, 5 Finne Road, Johnston, RI 02919 | 1 | 11.00 | | | | | $11.00 |
| Kathryn Crowley, Johnston School Dept., 345 Cherry Hill Road, Johnston, RI | 2 | 86.00 | | | | | $86.00 |
| Katherine Neill, 830 Chalkstone Avenue, Providence, RI 02908 | 1 | 45.00 | | | | | $45.00 |
| James DiPrete, 44 Shady Hill Drive, West Warwick, RI | 1 | 45.00 | | | | | $45.00 |
| | | | | | TOTAL | | $209.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Manuel Vinhateiro, 80 Burnside Street, Riverside, RI | 1 | 45.00 | | | | | $45.00 |
| Jonathon von Breton, 1524 Atwood Avenue, Johnston, RI 02919 | 1 | 45.00 | | | | | $45.00 |
| Robert F. Bessette, D.O., 75 Sockanosset Crossroad, Cranston, RI | 1 | 45.00 | | | | | $45.00 |
| Stephen Cicilline, 331 Broadway, Providence | 1 | 41.00 | | | | | $41.00 |
| Jacqueline Forbes, 80 Burnside Avenue, East Providence, RI | 1 | 43.00 | | | | | $43.00 |
| Mark A. Dubois, 55 John A. Cummingsway, Woonsocket, RI | 1 | 43.00 | | | | | $43.00 |
| | | | | | TOTAL | | $262.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Economic Expert -Arthur Wright, Ph.D., 147 Hillyndale Road, Storrs, CT 06268 | 1 | 041.75 | | | | | $1,041.75 |
| Medical Expert - Robert F. Bessette, D.O., 75 Sockanosset Crossroads, Cranston, RI | 1 | 750.00 | | | | | $750.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $1,791.75 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**

"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

***Stephen F. Chrabaszcz, Jr., et al v. Johnston School Committee, et al CA No. 03-133S***

| | | **SERVICE OF SUMMONS/ SUBPOENA** | $ |
|---|---|---|---|
| | | | |
| | | **Total Constable fees** | |
| | | | |
| 1/30/01 | Kilduff | Subpoena – Patricia Pitocchi –Comm. Ed 1/31/01 | 35.00 |
| 1/30/01 | Kilduff | Subpoena – John Craig –Comm. Ed 1/31/01 | 35.00 |
| 1/30/01 | Kilduff | Subpoena – Scotti -Johnston Police Dept. - Comm. Ed 1/31/01 | 35.00 |
| 1/30/01 | Kilduff | Subpoena – Cheryl Tutalo–Comm. Ed 1/31/01 | 35.00 |
| 3/13/01 | Kilduff | Subpoena - Kristy Provencial - Comm. Ed 3/14/01 | 35.00 |
| 3/13/01 | Kilduff | Subpoena – Jean Bucci - Comm. Ed 3/14/01 | 35.00 |
| 3/13/01 | Kilduff | Subpoena -Richard Delfino - Comm. Ed 3/14/01 | 35.00 |
| 3/13/01 | Kilduff | Subpoena -Patricia Pitocchi - Comm. Ed 3/14/01 | 35.00 |
| 3/13/01 | Kilduff | Subpoena - John Craig - Comm. Ed 3/14/01 | 35.00 |
| 4/19/01 | Kilduff | Subpoena – James Hopkins –Comm. Ed 4/24/01 | 35.00 |
| 5/22/03 | Kilduff | Summons & Complaint– Santilli | 40.00 |
| 5/22/03 | Kilduff | Summons & Complaint - Carlone | 40.00 |
| 5/22/03 | Kilduff | Summons & Complaint - Loffredo | 40.00 |
| 5/22/03 | Kilduff | Summons & Complaint – Voccio | 40.00 |
| 5/22/03 | Kilduff | Summons & Complaint - Delfino | 40.00 |
| 5/22/03 | Kilduff | Summons & Complaint – Town of Johnston- Fox | 40.00 |
| 5/29/03 | Kilduff | Summons & Complaint – Jolin | 46.00 |
| 5/29/03 | Kilduff | Summons & Complaint – Pitocchi | 46.00 |
| 7/5/05 | Kilduff | Subpoena – Mark Dubois | 50.00 |
| 7/5/05 | Kilduff | Subpoena – Jacqueline Forbes | 50.00 |
| 7/5/05 | Kilduff | Subpoena – Stephen Cicilline | 50.00 |
| 8/19/05 | Kilduff | Subpoena - Kathryn Crowley | 50.00 |
| 5/10/06 | Kilduff | Subpoena- Dr. Bessette – trial | 45.00 |
| 5/10/06 | Kilduff | Subpoena – Kathy Neill – trial | 45.00 |
| 5/10/06 | Kilduff | Subpoena – Jonathan von Breton – trial | 45.00 |
| 5/10/06 | Kilduff | Subpoena – Kathryn Crowley – trial | 45.00 |
| 5/10/06 | Kilduff | Subpoena – Manuel Vinhateiro – trial | 45.00 |
| 5/10/06 | Kilduff | Subpoena – James DiPrete – trial | 45.00 |
| | | | $1,152.00 |

| | | | |
|---|---|---|---|
| | | **COURT REPORTER FEES** | |
| 8/3/00 | ACR | 8/3/00 Johnston School Committee Hearing Transcript | |
| 12/10/03 | ACR | Court Reporting | 16.25 |
| 2/20/04 | ACR | Depo-2/20/04 - Michael Jolin – Volume I | 424.80 |
| 3/10/04 | ACR | Depo – 3/10/04 -David Santilli | 295.80 |
| 4/8/04 | ACR | Depo -4/8/04 -Michael Jolin – Volume II | 341.30 |
| 9/22/04 | ACR | Depo – 9/22/04 -Robin Carlone | 209.90 |
| 7/26/05 | ACR | Depo 7/26/05- Diane Rodericks | 156.02 |
| 8/1/05 | ACR | Depo -8/1/05 -Deborah Buffi | 80.00 |
| 8/1/05 | ACR | Depo 8/1/05- Todd S. Manni | 108.85 |
| 8/1/05 | ACR | Depo 8/1/05 -Robert J. Salisbury | 67.80 |
| 8/24/05 | ACR | Depo -8/24/05- Manuel F. Vinhateiro, Jr. | 220.08 |
| 9/6/05 | ACR | Depo -9/6/05- Kathryn Crowley | 151.00 |
| 1/31/01 | ME Hall Court Reporting | 1/31/01 - Comm of Ed Hearing | 518.25 |
| 3/14/01 | ME Hall Court Reporting (4/20/01) | 3/14/01 and 3/15/01 - Dept. of Ed. Hearing | 825.00 |
| 4/24/01 | ME Hall Court Reporting | 4/24/01 - Comm. Ed. Hearing | 389.00 |
| 7/10/05 | Patricia Aloisio | Copies of transcripts Stephen and Barbara Chrabaszcz taken on 5/18/05 | 259.25 |
| | | **Total Court reporter fees** | **$4063.30** |

| | | **WITNESS FEES** | |
|---|---|---|---|
| 1/30/01 | Kilduff | Witness fee – Patricia Pitocchi – Comm. Ed 1/31/01 | 11.00 |
| 1/30/01 | Kilduff | Witness fee – John Craig –Comm. Ed 1/31/01 | 11.00 |
| 1/30/01 | Kilduff | Witness fee – Scotti -Johnston Police Dept. -Comm. Ed 1/31/01 | 11.00 |
| 1/30/01 | Kilduff | Witness fee – Cheryl Tutalo–Comm. Ed 1/31/01 | 11.00 |
| 3/13/01 | Kilduff | Witness fee - Kristy Provencial - Comm. Ed 3/14/01 | 11.00 |
| 3/13/01 | Kilduff | Witness fee – Jean Bucci - Comm. Ed 3/14/01 | 11.00 |
| 3/13/01 | Kilduff | Witness fee -Richard Delfino - Comm. Ed 3/14/01 | 11.00 |
| 3/13/01 | Kilduff | Witness fee -Patricia Pitocchi - Comm. Ed 3/14/01 | 11.00 |
| 3/13/01 | Kilduff | Witness fee - John Craig - Comm. Ed 3/14/01 | 11.00 |
| 4/19/01 | Kilduff | Witness fee – James Hopkins –Comm. Ed 4/24/01 | 11.00 |
| 8/19/05 | Kilduff/witness | Kathryn Crowley | 41.00 |
| 7/5/05 | Kilduff/witness | Stephen Cicilline | 41.00 |
| 7/5/05 | Kilduff/witness | Mark Dubois | 43.00 |
| 7/5/05 | Kilduff/witness | Jacqueline Forbes | 43.00 |
| 5/15/06 | Kilduff/witness | Manuel F. Vinhateiro | 45.00 |
| 5/15/06 | Kilduff/witness | Robert Bessette. D.O. | 45.00 |
| 5/15/06 | Kilduff/witness | Kathryn Crowley | 45.00 |
| 5/15/06 | Kilduff/witness | Kathy Neill | 45.00 |
| 5/15/06 | Kilduff/witness | Jonathon von Breton | 45.00 |
| 5/10/06 | Kilduff- trial | James DiPrete | 45.00 |
| | | | 548.00 |
| 5/16/06 | Arthur Wright, Ph.D. | Expert witness fee | $1,041.75 |
| 5/16/06 | Robert Bessette, D.O. | Expert witness fee | 750.00 |
| | | | $2,339.75 |

| | | **OTHER FEES** | |
|---|---|---|---|
| | | | |
| 5/16/06 | Arthur Wright, Ph.D. | Expert report and costs | $2,986.85 |
| | | | |

| | | | |
|---|---|---|---|
| | | **OTHER COSTS** | |
| | | | |
| | | | |
| | | Copying costs 9500 @ .05 pp | 475.00 |
| 5/10/06 | Plaza Psychology | Copies of Medical records of S. Chrabaszcz | $ 50.00 |
| 5/10/06 | Plaza Psychology | Copies of Medical records of B. Chrabaszcz | $ 50.00 |
| | | | |

| | | | |
|---|---|---|---|
| | | **FEES OF THE CLERK** | |
| 8/20/01 | PCSC | Filing fee | 135.00 |
| 4/8/03 | USDC | Filing fee | 150.00 |
| | | **Total fees of Clerk:** | **$285.00** |