**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

---

**ORDER OF SETTLEMENT CONFERENCE**

Stephen F. Chrabaszcz, Jr., et al.

v. C.A. No. 03-133S

Johnston School Committee, et al.

Pursuant to this Court's Alternative Dispute Resolution Program, the above-captioned matter will have a settlement conference with U.S. District Judge William E. Smith in Room 412, United States Courthouse on **AUGUST 8, 2006 at 2:00 P.M.** Counsel are directed to appear with their respective parties or someone with full financial and other authority to conduct good faith negotiations. Further, the Town Council is required to attend the conference, unless full authority is delegated to a subgroup, in which case the subgroup only is required to attend.

Failure to so appear, without advance leave of Court, may result in sanctions. Barring an emergency, leave must be sought within ten (10) days of this notice.

ORDER:

By: ______________________
Deputy Clerk

ENTER:

______________________
William E. Smith
U.S. District Judge

Date: 8/2/06