UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHEN F. CHRABASZCZ, JR., et al. | : | |
| | : | |
| v. | : | C.A. No. 03-133S |
| | : | |
| JOHNSTON SCHOOL COMMITTEE, et al. | : | |

**ORDER**

Pursuant to Judge Smith's Order to Show Cause (Document No. 97), this Court hereby ORDERS that:

1. The Town of Johnston (the "Town") shall file a written response to Judge Smith's Order to Show Cause on or before August 25, 2006; and

2. Counsel for the Town <u>and</u> an authorized representative of the Town shall appear for a hearing before this Court on **September 6, 2006 at 10:30 a.m.** in Courtroom A, John O. Pastore Building, Providence, Rhode Island, on the issue of whether the Town should be held in contempt and sanctioned for violating Judge Smith's Orders in this case.

SO ORDERED

LINCOLN D. ALMOND
United States Magistrate Judge
August 10, 2006

Deputy Clerk