UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STEPHEN F. CHRABASZCZ, JR., et al.,

*Plaintiff,*

vs. C.A. No. 03-133 ML

JOHNSTON SCHOOL COMMITTEE, et al.,

*Defendants.*

**DEFENDANT MICHAEL JOLIN'S MOTION FOR CLARIFICATION**

NOW COMES Defendant, Michael Jolin, and hereby moves for clarification of the Decision and Order (Document 104) entered by this Court on January 12, 2007, in which this Court denied Defendants, Town of Johnston and Michael Jolin's Renewed Motion for Judgment after Trial, Motion for a New Trial or, in the alternative for a Remittitur. In support thereof, defendant submits that this Court's stated conclusion on page 49 denying Defendant Jolin's Renewed Motion for Judgment as it pertains to the breach of contract claim appears inconsistent with the Court's analysis and conclusions contained on page 19.

Defendant relies upon the Memorandum of Law, attached and incorporated herein.

Defendant,
By his Attorney,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION

I hereby certify that this document has been filed electronically on this 19th day of January, 2007, and is available for viewing and downloading from the ECF system.

*/s/ Marc DeSisto*

Marc DeSisto, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STEPHEN F. CHRABASZCZ, JR., et al.,

*Plaintiff,*

vs. C.A. No. 03-133 ML

JOHNSTON SCHOOL COMMITTEE, et al.,

*Defendants.*

**DEFENDANT MICHAEL JOLIN'S MEMORANDUM OF LAW
IN SUPPORT OF HIS MOTION FOR CLARIFICATION**

Defendant Michael Jolin moves this Court for clarification of the Decision and Order (Document 104) entered by this Court on January 12, 2007. In that Decision and Order, this Court specifically addressed, *inter alia,* defendant Jolin's claim that he was not a party to the employment contract at issue and thus could not be held liable on plaintiff's breach of contract claim. After analyzing the case law and standard to apply in determining whether a party can be held liable for breach of contract, this Court specifically concluded that:

> it is not the case that Dr. Jolin can be liable for breach of contract where he was not a party to it, even though his actions may be imputed to the School Committee.

*Decision and Order, Document 104, (January 12, 2007) at 19.*

Despite this Court's reasoning and stated conclusion in the body of its decision affirming Dr. Jolin's lack of liability for the breach of contract claim, in the ultimate holding, the Court summarized its ruling by denying all Defendants' Post-trial Motions, including Dr. Jolin's Renewed Motion for Judgment after Trial. *Id. at 49.*

In light of this apparent inconsistency between the Court's reasoning in the body of the decision and its ultimate holding, Defendant Jolin hereby moves for clarification of the Court's Decision and Order in regard to Defendant Jolin's Renewed Motion for Judgment after Trial, Motion for a New Trial or, in the alternative for a Remittitur on the breach of contract verdict.

Defendant,
By his Attorney,

*/s/ Marc DeSisto*

______________________________

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION

I hereby certify that this document has been filed electronically on this 19th day of January, 2007, and is available for viewing and downloading from the ECF system.

*/s/ Marc DeSisto*

______________________________

Marc DeSisto, Esq.