UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**AMENDED JUDGMENT IN A CIVIL CASE**

STEPHEN F. CHRABASZCZ, JR, ET AL
Plaintiff
V.

Case Number: C.A. NO. 03-133S

JOHNSTON SCHOOL COMMITTEE, ET AL
Defendant

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**In accordance with the jury's verdict, Judgment shall enter:**

**1. In favor of the Plaintiffs against the Defendant Town of Johnston as follows:**

**Stephen F. Chrabaszcz, Jr., in the amount of $116,518.00 plus prejudgment interest of $43,673.40 for a total of $160,191 40;**

**2. Against Defendants Town of Johnston and Michael Jolin as follows:**

**Stephen F. Chrabaszcz, Jr., in the amount of $15,645.00 for defamation;**
**Barbara Chrabaszcz in the amount of $15,000.00 for loss of consortium;**
**Stephen F. Chrabaszcz, III in the amount of $5,000.00 for loss of consortium;**
**Jessica Chrabaszcz in the amount of $5,000.00 for loss of consortium;**
**Adam Chrabaszcz in the amount of $5,000.00 for loss of consortium;**

**Judgment shall enter in favor of the defendants, The School Committee of the Town of Johnston, David J. Santilli, Robert LaFaziz, Geraldine Loffredo, Richard Delfino, Robin Carlone, Peter Voccio, Jr., and Patricia Pitocchi, in accordance with this Court's Order granting these defendants' Motion for Judgment as a Matter of Law.**

**January 22, 2007**
Date

Clerk
(By) Deputy Clerk