UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STEPHEN F. CHRABASZCZ, JR., et al.,

*Plaintiff,*

vs. C.A. No. 03-133 S

JOHNSTON SCHOOL COMMITTEE, et al.,

*Defendants.*

**JOINT NOTICE OF APPEAL OF DEFENDANTS, TOWN OF JOHNSTON and MICHAEL JOLIN**

Notice is hereby given that Defendants, Town of Johnston, by and through its Treasurer/Director of Finance Leo H. Fox *{sic}* and Michael Jolin ("Defendants"), hereby jointly appeal to the United States Court of Appeals for the First Circuit from the Amended Judgment entered on January 22, 2007 and from the Order denying Defendants' Motion for Judgment and Defendants' Renewed Motion for Judgment after trial, Motion for a New Trial or, in the alternative for a Remittitur, entered in this action on the January 12, 2007.

Defendants,
By their attorneys,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court and is available for viewing and downloading from the ECF system.

*/s/ Marc DeSisto*

Marc DeSisto, Esq.