DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHEN F. CHRABASZCZ, JR., et. al. | : | |
| | : | |
| v. | : | C.A. No. 03-133S |
| | : | |
| JOHNSTON SCHOOL COMMITTEE, et. al. | : | |

**PLAINTIFFS' NOTICE OF CROSS APPEAL**

Notice is hereby given that Plaintiffs, Stephen F. Chrabaszcz, Jr., Barbara Chrabaszcz, Jessica Chrabaszcz, Stephen Chrabaszcz, III, and Adam Chrabaszcz (hereinafter collectively referred to as "Plaintiffs"), hereby appeal to the United States Court of Appeals for the First Circuit from the Amended Judgment entered on January 22, 2007, and from the Order entered in this action on January 12, 2007, denying Plaintiffs' Motion for Attorneys' fees, and denying, in part, Plaintiffs' Motion for Modification/Clarification of the Judgment, as well as the Judgment as a Matter of Law entered on May 17, 2006, in favor of Defendants, the Town of Johnston, Johnston School Committee, Dr. Michael Jolin, Robin Carlone, Richard Delfino, Robert LaFazia, Geraldine Loffredo, Patricia Pitocchi, David J. Santilli, and Peter Voccio, Jr., on the Plaintiff's claim that such Defendants, deprived Plaintiff of his Constitutionally protected liberty interest under 28 U.S.C. § 1983.

Respectfully Submitted,
Plaintiffs,
By Their Attorneys,

/s/ Jeffrey D. Sowa
Jeffrey D. Sowa, Esq. #5764
LaPlante Sowa Goldman
67 Cedar Street
Providence, RI 02903
(401) 273-0200 (telephone)
(401) 273-02500 (facsimile)

## CERTIFICATION

Marc DeSisto, Esquire.
Desisto Law
211 Angell Street
PO Box 2563
Providence, RI 02906

I hereby certify that on this 8th day of February, 2007, I sent by first class mail, postage prepaid, a copy of the within document to the above-listed counsel.