UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STEPHEN F. CHRABASZCZ, JR., et al.,

*Plaintiff,*

vs. C.A. No. 03-133 S

JOHNSTON SCHOOL COMMITTEE, et al.,

*Defendants.*

**JOINT NOTICE OF APPEAL OF DEFENDANTS, THE SCHOOL COMMITTEE OF THE TOWN OF JOHNSTON, DAVID J. SANTILLI, ROBERT LAFAZIA, GERALDINE LOFFREDO, RICHARD DELFINO, ROBIN CARLONE, PETER VOCCIO, JR., AND PATRICIA PITOCCHI**

Notice is hereby given that Defendants, the School Committee of the Town of Johnston, David J. Santilli, Robert LaFazia, Geraldine Loffredo, Richard Delfino, Robin Carlone, Peter Voccio, Jr., and Patricia Pitocchi ("Defendants"), hereby jointly appeal to the United States Court of Appeals for the First Circuit from the Order denying Defendants' Motion for Attorneys' Fees, entered in this action on the January 12, 2007.

Defendants,
By their attorneys,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court and is available for viewing and downloading from the ECF system.

*/s/ Marc DeSisto*

Marc DeSisto, Esq.