DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHEN F. CHRABASZCZ, JR., et. al. | : | |
| | : | |
| v. | : | C.A. No. 03-133S |
| | : | |
| JOHNSTON SCHOOL COMMITTEE, et. al. | : | |

**WITHDRAWAL OF APPEARANCE**

Now comes Christopher D. DiSano, Esquire, of LaPlante & Sowa, Ltd., 67 Cedar Street, Suite 102, Providence, Rhode Island 02903, and hereby withdraws his appearance as counsel for Plaintiffs, Stephen F. Chrabaszcz, Jr., Barbara Chrabaszcz, Jessica Chrabaszcz, Stephen Chrabaszcz, III, and Adam Chrabaszcz ("Plaintiffs") in the above-entitled Action due to his relocation out of state.

Attorney Jeffrey D. Sowa of LaPlante Sowa Goldman, 67 Cedar Street, Suite 102, Providence, Rhode Island 02903 and any other attorney in this Action who has entered their appearance on behalf of Plaintiffs, shall remain as counsel for Plaintiffs.

Plaintiffs,
By Their Attorneys,

/s/ Jeffrey D. Sowa

Jeffrey D. Sowa, Esquire #5764
Christopher D. DiSano, Esq. #6788
**LaPlante Sowa Goldman**
67 Cedar Street, Suite 102
Providence, RI 02903
(401) 273-0200 (telephone)
(401) 273-0250 (facsimile)

**CERTIFICATION**

Marc DeSisto, Esquire.
Desisto Law
211 Angell Street
PO Box 2563
Providence, RI 02906

I hereby certify that on this 13th day of February, 2007, I caused a true and accurate copy of the within *Withdrawal of Appearance* to be sent via first class mail, postage pre-paid to the above-listed attorney.

/s/ Jeffrey D. Sowa