DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHEN F. CHRABASZCZ, JR., et. al. | : | |
| | : | |
| v. | : | C.A. No. 03-133S |
| | : | |
| JOHNSTON SCHOOL COMMITTEE, et. al. | : | |
| | : | |

## CERTIFICATE

Now come Appellee, Stephen F. Chrabaszcz, Jr., Barbara Chrabaszcz, Jessica Chrabaszcz, Stephen Chrabaszcz, III, and Adam Chrabaszcz ("Plaintiffs") by and through their attorneys, and pursuant to Rule 10(b)(1)(B), hereby files notice that no transcript will be ordered. Appellant, Johnston School Committee, in accordance with Rule 10(b)(1)(A), has already ordered a all pertinent portions of the transcript and the same is already on file.

Plaintiffs,
By Their Attorneys,

/s/ Jeffrey D. Sowa
Jeffrey D. Sowa, Esquire #5764
**LaPlante Sowa Goldman**
67 Cedar Street, Suite 102
Providence, RI 02903
(401) 273-0200 (telephone)
(401) 273-0250 (facsimile)

**CERTIFICATION**

Marc DeSisto, Esquire.
Desisto Law
211 Angell Street
PO Box 2563
Providence, RI 02906

I hereby certify that on this 16th day of February, 2007, I caused a true and accurate copy of the within *Certificate* to be sent via first class mail, postage pre-paid to the above-listed attorney.

/s/ Jeffrey D. Sowa