2-16-07
3nda cv RI
Jenn C.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID DiMARZIO
CLERK OF COURT

February 14, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**
**ATTN: Ms. Donna Barchard**

RECEIVED
FEB 16 2007
BY: U.S. Court of Appeals

RE: CA 03-133S
Stephen F. Chrabaszcz, Jr., et al. V. Johnston School Committee, et al.

**Document# 109:** ***Joint Notice of Appeal of Defendants Town of Johnston and Michael Jolin***
**Document# 112:** ***Plaintiffs' Notice of Cross Appeal***
**Document# 114:** ***Joint Notice of Appeal of Defendants School Committee of Town of Johnston, David J. Santilli, Robert LaFazia, Geraldine Loffredo, Richard Delfino, Robin Carlone, Peter Voccio, Jr. And Patricia Pitocchi***

Dear Clerk of Court:

Enclosed herewith you will find certified copies of the three above-referenced Notices of Appeal recently filed in the instant case. The record on appeal will be forwarded to your court by Judge Smith's clerk subsequent to your receipt of this letter.

✓ Kindly return the attached copy of this letter as acknowledgment of receipt.

Sincerely yours,

DAVID DiMARZIO
CLERK OF COURT
*John Duhamel*
J. Duhamel
DEPUTY CLERK

**Enc.: certified copies of Notices of Appeal; certified docket**

JC 07-1303, 07-1304, 07-1305