UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Stephen F. Chrabaszcz, Jr., et al., Plaintiffs, v. Johnston School Committee, et al., Defendants. | C.A. No. 03-133S |

**ORDER**

WILLIAM E. SMITH, United States District Judge.

Before the Court is a Report and Recommendation of Magistrate Judge Lincoln Almond dated September 27, 2006. The Magistrate Judge held a hearing at the direction of this Court upon an Order to Show Cause why the Town of Johnston should not be held in contempt of court for its failure to comply with two prior Orders of this Court regarding attendance at mandatory settlement conferences. The Town has objected to the Report and Recommendation.

This Court has reviewed the carefully considered Report and Recommendation of the Magistrate Judge and adopts all of its findings. However, because of the circumstances described below, the Court is not prepared to adopt the recommended course

of action proposed in the Report and Recommendation. Consequently, the Report and Recommendation is accepted in part (as to its findings) however the recommended remedy is not accepted. Because the objection relates to the remedy, it is moot and therefore denied.

The Magistrate Judge recommended holding the Town in civil contempt for its non-compliance with the Orders of July 17 and August 2, 2006, and requiring the Town to compensate Plaintiffs for any verifiable expenses reasonably incurred in attending the August 1, 2006 settlement conference as well as payment for counsel time spent in preparing for said conference; further he recommended that this Court hold another settlement conference with the potential for criminal contempt sanctions in the event of the Town's non-compliance.

This Court has recently been informed that the underlying action between the Plaintiffs and the Defendants has been settled. In light of this settlement between the parties, there is obviously no need for a further settlement conference with this Court. Moreover, this Court assumes that settlement contemplates adequate compensation to Plaintiffs and their counsel for time spent conducting this litigation. Furthermore, had this Court proceeded with further settlement efforts any civil contempt orders of the Court would likely have been

structured in such a way to allow the Town the opportunity to purge itself of its contumacious conduct. However, the settlement makes this impossible. For all of these reasons, while the factual findings of the Report and Recommendation are accepted; the remedies recommended are not for the reasons stated and the Defendants' objections to the Report and Recommendation are therefore denied as moot.

ENTER:

WESmith

WILLIAM E. SMITH
United States District Judge
Date: 4/6/07