# United States Court of Appeals
## For the First Circuit

03-00133
Rhode Island
W. Smith

---

No. 07-1303, 07-1304, 07-1305

MANDATE

STEPHEN F. CHRABASZCZ, JR.; STEPHEN F. CHRABASZCZ, III; BARBARA CHRABASZCZ, individually and as mother and next friend of J.C. & A.C., minors; J. C., minor; A.C., minor,

Plaintiffs-Appellees/Cross-Appellants,

v.

THE SCHOOL COMMITTEE OF THE TOWN OF JOHNSTON, both individually and as committee members; DAVID J. SANTILLI; ROBERT LAFAZIA; GERALDINE LOFFREDO; RICHARD DELFINO; ROBIN CARLONE; PETER VOCCIO, JR.; TOWN OF JOHNSTON, by and through its Treasurer, Leo H. Fox; MICHAEL JOLIN, individually and officially as Superintendant of the Johnston School Committee; PATRICIA PITOCCHI, individually and officially as Principal of Johnston High School,

Defendants-Appellants/Cross-Appellees.

---

**JUDGMENT**

Entered: April 26, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' Dismissal Agreement, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

**Certified and Issued as Mandate under Fed. R. App. R 41.**

**Richard Cushing Donovan, Clerk**

Jennifer Gallardo
**Deputy Clerk**

**Date:** 4.26.07

By the Court:
Richard Cushing Donovan, Clerk

By: AMY B. LEDERER
Appeals Attorney

[cc: Marc DeSisto, Esq., Kathleen M. Daniels, Esq., Jeffrey D. Sowa, Esq., ]