**United States District Court**
**for the District of Rhode Island**

Chrabaszcz, et al.

vs. Case No. CA03-133S

Johnston School Comte, et al.

**EXHIBIT RECEIPT**

Plaintiff exhibits #'s 1-6, 8-13, 18-57, 61

Signature of Attorney: David A. DiMarzio, Clerk

Deputy Clerk

8/9/07